# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  September 24, 2015                    519878
_____

In the Matter of ROBERT DEAN,
                    Petitioner,

     v                                          MEMORANDUM AND JUDGMENT

ERIC T. SCHNEIDERMAN, as
    Attorney General, et al.,
                    Respondents.
_____


Calendar Date:  August 10, 2015

Before:  McCarthy, J.P., Rose, Lynch and Clark, JJ.

_____


        Robert Dean, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondents.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Rose, Lynch and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.


ENTER:

Robert D. Mayberger
Clerk of the Court